### No. 10-5326. Joseph Jamene Moore, Petitioner v. United States.

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9491.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 7027.

### No. 10-5505. Michael Lee Brown, Petitioner v. City of North Chicago, Illinois, et al.

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9564.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 926, 131 S. Ct. 310, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7477.

### No. 10-5528. Virginia Y. Soentgen, Petitioner v. Pennsylvania.

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9455.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7127.

### No. 10-5682. Darius Duron Elam, Petitioner v. Texas.

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9535.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 7952.

### No. 10-5748. Terrence Patrick Sheehan, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1104, 131 S. Ct. 815, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9577.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7933.

### No. 10-5915. In re Jack Lucious, Jr., Petitioner.

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9522.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 825, 131 S. Ct. 359, 178 L. Ed. 2d 257, 2010 U.S. LEXIS 7694.

### No. 10-6102. Mike Settle, Petitioner v. Ricky Bell, Warden.

562 U.S. 1104, 131 S. Ct. 816, 178 L. Ed. 2d 549, 2010 U.S. LEXIS 9585.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 970, 131 S. Ct. 480, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 8073.